IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:18CV00066 |
| Plaintiff, | |
| vs. | **ORDER FOR PUBLICATION** |
| $33,120.00 IN UNITED STATES CURRENCY, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion for Publication ([Filing No. 5](Filing No. 5)). The Motion is granted. The United States shall publish such notification as requested.

**IT IS SO ORDERED.**

Dated this 20th day of February, 2018.

BY THE COURT:

S/ Susan M. Bazis
United States Magistrate Judge